(1542)

3:21-CV-01

NO FEE / No IFP

JAN - 4 2021

RECEIVED
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## NATURE OF THE PROBLEM:

(1) I, Marcus Leonard Wallace 1459 Pleasant view Drive Chambersburg, Pa. SSN: XXX-XX-4552, DOB 3/3/1971, Drivers license no. 22-327-112, had an bank account at Indiana University of Pennsylvania, Indiana, Pa. PNC bank therein Hadley Union Building 319 Pratt Drive Indiana, Pa 15705, 724-465-5582.

There is believed to be incidences of fraud, identity theft and/or conversion in relation to said account. On or about 1988 the account was opened with an balance of appx $1,000,000.00. I have requested the bank records Thereof but no response or denial. It is my right to obtain those personal bank records under 12 USCS § 3401, Sierra Equity Group v White Oak Equity Partners 672 F. Supp 2d 1369; 2009 U.S. Dist LEXIS 115116 (S.D. FL 2009) (Right to Financial Privacy Act; Gramm-Leach-Bliley Act), Despite the 7 year limit.

Wherefore, I request an fraud alert, freeze and further that PNC bank be compelled to produce the bank records (record of transactions) sought of aforementioned account. Note: the bank account no. is unknown, However, I was the only Marcus L. Wallace with an account and/or enrolled as a student at said University in 1988-1993.

(2) I, Marcus Wallace had an account with Chambersburg Trust Company in Chambersburg, Pa. prior to M&T Bank acquiring IT in October of 2000 [merger with Keystone Financial in 1997]. The Account inquiry is in re: 1986 account in my name, However, it is believed to be unlawful activities and fraud involved Thereof.

As a result, I request an fraud alert and further that The Federal Reserve Bank of New York 33 liberty st., New York, NY 10045-0001, be compelled to produce currency transaction records regarding Chambersburg Trust account sought with my name or in Consuella B. Wallace (mother; deceased) or Samuel L. Wallace (father; deceased).

Said Fed Reserve indicated that after 6 yrs of inactivity the account is escheated.

Wherefore, I request an investigation and/or that the bank records be produced regarding Chambersburg Trust in Marcus Wallace's name prior to 1997 Keystone Financial merger. The account no. is unknown however, I am the only Marcus Wallace in Chambersburg at 223 Birch St and with identifying info above.

(3) Samuel L. Wallace father of Requestor (deceased), U.S. army veteran [vietnam and Korea] left the following to Requestor, that was unlawfully acquired and/or fraud Thereof at an bank or credit union (unknown), Letterkenny Army Depot Chambersburg, Pa.: Bank account, property tangible or intangible, funds, shares, stocks, bonds, savings, deposits, interest, trusts, drafts, money orders, traveler's checks, uncashed checks, certificates of deposit, life insurance policies, safe deposit box contents, other safekeeping repository or recovered stolen property that was in possession, custody, control and/or owned by Samuel L. Wallace or Marcus L. Wallace (Complainant) beginning in 1986 and ending at this present date, Patriot Federal Credit Union P.O. Box 778 Chambersburg, Pa. 17201.

(4) Lastly, on or around 2006 while I was incarcerated at SCI Frackville in Frackville, Pa., I filed an income tax form. An refund was sent to me at Frackville for said Tax return. However, neither the refund nor the return was ever served on me. I believe IRS has a record Thereof (I complained).

Wherefore, I request an inquiry (fraud alert and freeze) in relation to the potential fraudulent activities occurring at said financial institution and production of financial records Thereof, See Securities and Exchange Comm. v Vidmar 200 Fed. Appx 858; 2006 U.S. App LEXIS 23649 (11th Cir 2010) (personal right, privilege or interest in their own bank records), United States v Lewis 594 F.3d 1270; 2010 U.S. App LEXIS 2897 (10th Cir 2010) (wire fraud, "Ponzi" scheme).

Sincerely,

*[signature]*

MARCUS WALLACE
1600 Walters Mill Rd
Somerset, Pa. 15510

FRANKLIN COUNTY - INSTRUMENT SUMMARY LIST

Partial Listing Only

| SEARCH PARTY | EXT. | REVERSE PARTY | DIR# | IND# | P | INST.NUM | REC.DATE | INST.TYPE | BOOK | PAGE | FILE # / MUNI | GENERAL INFORMATION | I.P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALLACE, SAMUEL | | NAME NOT ENTERED | 2 | 0 | D | 190200004 | 1/27/1902 | MTG | 35 | 273 | WAYNESBORO | 1 WAYNESBORO 700 00 WAYNES | 3 |
| WALLACE, SAMUEL L | | ROBINSON, ALONZA N | 2 | 2 | I | 197702214 | 6/27/1977 | DEED | 744 | 316 | GREENE TOWNSHIP | 1 DEED GREENE TWP | 3 |
| WALLACE, SAMUEL L | | LETTERKENNY FEDERAL CREDIT UN | 2 | 1 | D | 198307550 | 11/09/1983 | MTG | 472 | 77 | GREENE TOWNSHIP | 1 SATISFIED; GREENE TWP 6800.0 | 3 |
| WALLACE, SAMUEL L | | J HOMES INC | 1 | 2 | I | 198303625 | 11/10/1983 | DEED | 892 | 581 | HAMILTON TP | 1 DEED HAMILTON TWP LOT #5 S | 3 |
| WALLACE, SAMUEL L | | FARMERS AND MERCHANTS TRUST | 2 | 1 | D | 198307566 | 11/10/1983 | MTG | 472 | 133 | HAMILTON TP | 1 SATISFIED: HAMILTON TWP 479 | 4 |
| WALLACE, SAMUEL L | | CARTER, BEVERLY A | 2 | 2 | I | 198501712 | 5/22/1985 | DEED | 930 | 57 | HAMILTON TP | 1 DEED HAMILTON TWP TRACT C | 4 |
| WALLACE, SAMUEL L | | FARMERS AND MERCHANTS TRUST | 2 | 1 | D | 198508473 | 11/01/1985 | MTG | 523 | 434 | HAMILTON TP | 1 SATISFIED: HAMILTON TWP 140 | 4 |

Search Time: Oct 16, 2020 - 2:54:10 PM

Page: 1